## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LONG ISLAND HOUSING SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-cv-2342-DRH-AKT |
| | ) | |
| DON FELICE, ET AL. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## JOINT STIPULATION OF PLAINTIFF LONG ISLAND HOUSING SERVICES, INC. AND DEFENDANTS DON FELICE, DON FELICE, LLC, DON FELICE 165, LLC AND HWJ  ENGINEERING & SURVEYING, PLLC IN RESOLUTION OF LAWSUIT

Plaintiff Long Island Housing Services, Inc. and Defendants Don Felice, Don Felice, LLC, Don Felice 165, LLC, and HWJ Engineering and Surveying, PLLC have entered into a Consent Decree in full resolution of the claims asserted by Plaintiff in this lawsuit.  The parties agree that the terms of the Consent Decree reflect a full and fair resolution of the dispute between them.  Therefore, all parties to this case respectfully request that the Court approve and enter the Consent Decree so as to retain jurisdiction to enforce the terms of their settlement.  The proposed Consent Decree for entry by the Court is attached as Exhibit 1.

Dated: May 26, 2010                                   Respectfully submitted,

John P. Relman
Thomas J. Keary
RELMAN, DANE & COLFAX, PLLC
1225 19th St., NW, Suite 600
Washington, DC  20036
Tel: 202-728-1888
tkeary@relmanlaw.com


Erik Heins (EH 6320)
Long Island Housing Services, Inc.
640 Johnson Ave, Suite 8
Bohemia, NY 11716-2624
631-567-5111 x317
erik@lifairhousing.org
*Attorneys for Plaintiff*


Glenn B. Gruder
Certilman, Balin, Adler & Hyman, LLP
1393 Veterans Memorial Hwy., Suite 301S
Hauppauge, NY 11788
(631) 979-3000
ggruder@certilmanbalin.com
*Attorney for Defendants Don Felice, Don
Felice, LLC, and Don Felice 165, LLC*


                                   / s /

William R.Ahmuty III
Ahmuty, Demers & McManus
200 I.U. Willets Rd.
Albertson,N.Y.11507
516 535 1801
william.ahmuty@admlaw.com
*Attorney for Defendant HWJ Engineering and
Surveying, PLLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| LONG ISLAND HOUSING SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-cv-2342-DRH-AKT |
| | ) | |
| DON FELICE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[Proposed] Order**

Pursuant to stipulation, it is hereby **ORDERED** that the Consent Decree be entered as an

Order of this Court.  The Court shall retain jurisdiction to enforce the terms of the Consent

Decree.

Dated:  _____          _____

United States District Judge

## CERTIFICATE OF SERVICE

I certify that on the 26ᵗʰ day of May, 2010, I served the foregoing document on the following by United States first-class mail, postage prepaid:

John P. Relman
Thomas J. Keary
Relman, Dane & Colfax, PLLC
1225 19th St., NW, Suite 600
Washington, DC  20036
(202) 728-1888
jrelman@relmanlaw.com
tkeary@relmanlaw.com
*Attorneys for Plaintiff Long Island Housing Services, Inc.*


Glenn B. Gruder
Certilman, Balin, Adler & Hyman, LLP
1393 Veterans Memorial Hwy., Suite 301S
Hauppauge, NY 11788
(631) 979-3000
ggruder@certilmanbalin.com
*Attorney for Defendants Don Felice, Don Felice, LLC, and Don Felice 165, LLC*


William R. Ahmuty III
Ahmuty, Demers & McManus
200 I.U. Willets Rd.
Albertson, NY 11507
(516) 535-1801
william.ahmuty@admlaw.com
*Attorney for Defendant HWJ Engineering and Surveying, PLLC*


Dated:  May 26, 2010                                      /s/ Cybele Kotonias
                                                         Cybele Kotonias